Law Offices Of:
HARRISON & MATSUOKA

WILLIAM A. HARRISON    #2948
1001 Bishop Street, Suite 1180
Honolulu, Hawaii  96813
Telephone Number:  (808) 523-7041
Facsimile Number:  (808) 538-7579
E-Mail: wharrison@hamlaw.net

Attorney for Defendant
JASON K. YOKOYAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON K. YOKOYAMA,<br><br>Defendant. | CR. NO. 19-00099 DKW-KJM-13<br><br>**ORDER GRANTING IN PART AND DENYING IN PART THE SECOND MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE** |

**ORDER GRANTING IN PART AND DENYING IN PART THE SECOND MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE**

This matter having come on for hearing on January 5, 2023, before the Honorable Magistrate Kenneth J. Mansfield. Assistant United States Attorney Mark A. Inciong, Esq., appeared on behalf of the United States. William A. Harrison, Esq., appeared on behalf of Defendant who was also present.

The Court taking judicial notice of the documents on file, the reports prepared by the Pretrial Services and having considered the comments of counsel, the Court GRANTS in part and denying in part the Second Motion for Modification of

Conditions of Release.

The Order Setting Conditions of Release filed on September 27, 2021 (ECF 370) shall be modified:

**BY DELETING:**
(7p5) You must abide by the program requirements and instructions of Pretrial Services related to the proper operation of the specified Location Monitoring Technology: GLOBAL POSITIONING SYSTEM (GPS) MONITORING.

**BY ADDING:**
(7p4) You must abide by the program requirements and instructions of Pretrial Services related to the proper operation of the specified Location Monitoring technology: RADIO FREQUENCY (RF).

All other bail conditions previously set forth shall remain in full effect.

DATED: Honolulu, Hawaii, January __10__, 2023.

IT IS SO APPROVED AND ORDERED:

_____
Kenneth J. Mansfield
United States Magistrate Judge

Approved as to Form:

_____
MARK A. INCIONG, ESQ.
Assistant U.S. Attorney for Plaintiff
UNITED STATES OF AMERICA

---

**United States of America vs. Jason K. Yokoyama**; Cr. No. 19-00099 DKW-KJM-13
"Order Granting in Part and Denying in Part the Second Motion for Modification of Conditions of Release"